**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| K.S. b/n/f NEONDA NECOLE THOMAS § <br> § <br> Plaintiffs § <br> § <br> VS. § <br> § <br> NORTHWEST INDEPENDENT § <br> SCHOOL DISTRICT § <br> § <br> Defendant § | Case No. 4:13cv188 <br> (Judge Clark/Judge Bush) |

## ORDER ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 1, 2015, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Motion for Summary Judgment (Dkt. # 37) should be GRANTED, that Plaintiffs should take nothing by their claims, that Defendant should be awarded its costs, and that this matter should be closed on the court's docket.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's recommendations as the findings and

conclusions of the court. Therefore, Defendant's Motion for Summary Judgment (Dkt. # 37) is GRANTED, Plaintiffs shall take nothing by their claims, Defendant shall be awarded its costs, and that this matter shall be closed on the court's docket.

So **ORDERED** and **SIGNED** this **23** day of **December, 2015.**

_____
Ron Clark, United States District Judge